# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

ARLENE PARKS                              ,    )
    Plaintiff,                                 )
                                                    )
v.                                                    )  Case No.   CIV-13-905-M
                                                    )
PHILADELPHIA INDEMNITY INSURANCE CO.  ,    )       JUNE 2014    Trial Docket
    Defendant.                               )

## SCHEDULING ORDER

Date     11/4/2013       Judge  Vicki Miles-LaGrange      Clerk  Kathy Spaulding
Commenced: 2:46 p.m.  Ended: 2:51 p.m.  Total Time: 6 minutes

Appearing for Plaintiff: Scott Jackson
Appearing for Defendant: Amy Neathery

☒ JURY TRIAL DEMANDED   -   ☐ NON-JURY TRIAL

### THE FOLLOWING DEADLINES ARE SET BY THE COURT

> **NOTE:** Except as otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, not later than ten (10) days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference. The motion shall contain a certification by counsel that the parties have been advised of the motion and approve its filing. The motion shall further describe in detail the settlement efforts made and dispute resolution techniques previously used in the case.

1. Motions to join additional parties to be filed  30 days from date of this order .

2. Motions to amend pleadings to be filed  30 days from date of this order .

3. **(a)** Plaintiff to file a final list of expert witness(es) in chief and submit expert reports to defendant by  04-01-2014 .*
   **(b)** Defendant to file a final list of expert witness(es) in chief and submit expert reports to plaintiff by  04-11-2014 .*

4. **(a)** Plaintiff to file a final list of witnesses together with addresses and brief summary of expected testimony where witness has not already been deposed by  04-01-2014 .*
   **(b)** Defendant to file a final list of witnesses (as described above) by  04-11-2014 .*

5. **(a)** Plaintiff to file final exhibit list by  04-01-2014. Defendant to file objections to the plaintiff's final exhibit list, under Fed.R.Civ.P. 26(a)(3)(B), within (14) fourteen days thereafter.
   **(b)** Defendant to file final exhibit list by  04-11-2014. Plaintiff to file objections to the defendant's final exhibit list, under Fed.R.Civ.P. 26(a)(3)(B), within (14) fourteen days thereafter.

**\*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit included in the party's filed witness or exhibit list.**

6. Discovery to be completed by  05-01-2014 .

7. *Daubert* motions to be filed by  05-01-2014 .

8. All dispositive motions to be filed by  04-01-2014.

   If the deadline for dispositive motions or *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

9. Trial docket   **JUNE 2014**   **\*\***

   **\*\*Trial dockets generally begin the second Tuesday of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**

The interval between the dispositive motion deadline (¶8) and the trial docket (¶9) is relatively inflexible.  **An extension of time to file or respond to a dispositive motion will likely affect the trial setting**.

10. Designation of deposition testimony to be used at trial to be filed by   05-22-2014  . Objections and counter designations to be filed by  05-29-2014 . Objections to counter-designations to be filed within seven (7) days thereafter.

11. Motions in limine to be filed by  05-22-2014 . **[No replies to motions in limine shall be filed without leave of Court]**

12. Requested voir dire to be filed by    05-22-2014  .

13. Trial briefs (optional unless otherwise ordered) to be filed by   05-22-2014 .

14. Requested jury instructions to be filed on or before    05-22-2014  .**\*\*\***

15. Proposed findings and conclusions of law to be filed no later than    05-22-2014    .**\*\*\***

**\*\*\*In addition to filing, the parties ARE REQUIRED to submit their proposed jury instructions or in non-jury cases the proposed findings and conclusions of law in WordPerfect format to the judge via the Court's designated mail box: mileslagrange-orders@okwd.uscourts.gov**

16. Any objections or responses to the trial submissions referenced in ¶¶ 10, 11, 12, 13, or 14 to be filed within seven (7) days thereafter.

17. The Final Pretrial Report, approved by all counsel, **and in full compliance** with Local Rules (see Appendix IV), together with a proposed order approving the report, to be submitted to the Court by  05-22-2014 .

18. This case is referred to ADR:
    - ☒  by agreement of the parties, with the approval of the Court:
    - ☐  by Order of the Court:
        - ☒  Mediation
        - ☐  Judicial Settlement Conference
        - ☐  Other _____

    If the case is referred to mediation or some other form of private ADR, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, not later than         3/15/2014         .

    (ADR information and forms are available on the court's website at www.okwd.uscourts.gov)

19. ☐  The parties consent to trial by a Magistrate Judge.

20. ☐ Initial disclosures pursuant to Fed. R. Civ. P. 26 have been made; ☐ are excused; or ☐ shall be made not later than _____.

21. Other: _____

Dated this 4th day of November, 2013.

BY ORDER OF THE COURT
ROBERT D. DENNIS, CLERK

By:   *s/ Kathy Spaulding*
         Deputy Clerk