IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARLENE PARKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-2013-905-M |
| | ) |
| PHILADELPHIA INDEMNITY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, Arlene Parks, Plaintiff, and Philadelphia Indemnity Insurance Company, Defendant, by and through their respective attorneys of record, hereby stipulate this matter should be DISMISSED WITH PREJUDICE.

Respectfully Submitted,

/s/ Scott R. Jackson
Scott R. Jackson, OBA #17502
Martin, Jean & Jackson
P.O. Drawer 1588
Ponca City, Oklahoma 74602
Telephone:  (580) 765-9967
Facsimile:   (580) 763-0750
sjackson@mjjlawfirm.com
*Attorney for Plaintiff*

*- And -*

/s/ Amy S. Neathery
Amy Steele Neathery, OBA #20344
D. Lynn Babb, OBA #00392
Pierce Couch Hendrickson
  Baysinger & Green
P.O. Box 26350
Oklahoma City, OK  73126-0350
Telephone:  (405) 235-1611
Facsimile:    (405) 235-2904
aneathery@piercecouch.com
lbabb@piercecouch.com
*Attorneys for Defendant*